ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

Attorneys for Plaintiff
GENOVEVO GARCIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENOVEVO GARCIA,<br><br>        Plaintiff,<br><br>    vs.<br><br>GLENDALE NISSAN/INFINITI, INC., and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: 15-CV-04547 DDP (ASx)<br><br>**REQUEST FOR DISMISSAL** |

1 | Plaintiff Genovevo Garcia hereby informs the court that the case has settled,
2 | and requests that the entire case be dismissed with prejudice.
3 |
4 |
5 | Dated: February 1, 2016                    Respectfully Submitted,
6 |                                            TRUEBLOOD LAW FIRM
7 |
8 |                                            By:      /s/
                                                    Alexander B. Trueblood
9 |
10 |                                           Attorneys for Plaintiff
                                               GENOVEVO GARCIA

1